656

53 So.2d 398

## Melvin FENDLEY v. STATE.
### 7 Div. 112.

Supreme Court of Alabama.
May 24, 1951.

Rehearing Denied June 21, 1951.

Roy D. McCord and Rowan S. Bone, Gadsden, for petitioner.

Si Garrett, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Melvin Fendley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Fendley v. State, Ala. App., 53 So.2d 397.

Writ denied.

LIVINGSTON, C. J., and FOSTER, LAWSON and STAKELY, JJ., concur.